# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

Case Number | 14-35420; 14-35421

Case Title | Susan Latta, et al. v. C. L. (Butch) Otter, et al.

**assigned for hearing:**

Date | 09/08/2014    Time | 1:00 p.m.    Courtroom | No. 1

Location | 95 Seventh Street, 3rd Floor, San Francisco, CA 94103

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name | W. Scott Zanzig, Deputy Attorney General

Address | Office of the Attorney General
P. O. Box 83720

City | Boise    State | ID    Zip Code | 83720-0010

Phone | (208) 334-2400    Email Address | scott.zanzig@ag.idaho.gov

Party/parties represented | Appellants Christopher Rich and State of Idaho

Special needs you may require in the courtroom |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

Signature (use "s/" format) | /s/ W. Scott Zanzig    Date | 08/21/2014

### Filing Instructions
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight*: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190