# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 14-35420 and 14-35421 |
| Case Title | Susan Latta V. C. Otter |

assigned for hearing:

| | | | | | |
|---|---|---|---|---|---|
| Date | September 8, 2014 | Time | 1:00 | Courtroom | No. 1 |
| Location | San Francisco, California | | | | |

Counsel to argue (or, if argument to be presented "in pro per" enter party information):

| | |
|---|---|
| Name | Deborah A. Ferguson |
| Address | 202 N. 9th Street, Suite 401 C |
| City | Boise |
| State | ID |
| Zip Code | 83702 |
| Phone | (208) 484-2253 |
| Email Address | d@fergusonlawmediation.com |
| Party/parties represented | Plaintiffs/ Appellees |
| Special needs you may require in the courtroom | |

☛ Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.

**Admission status** (to be completed by attorneys only):

- ⦿ I certify that I am admitted to practice before this Court.
- ○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | "s/" Deborah A. Ferguson | Date | August 22, 2014 |

### Filing Instructions
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight*: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190